1 BARRY J. PORTMAN
Federal Public Defender
2 RONALD C. TYLER
Assistant Federal Public Defender
3 450 Golden Gate Avenue
19 th Floor, Box 36106
4 San Francisco, CA 94102
Telephone: (415) 436-7700

6 Counsel for Defendant GUIDRY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 03-0022 VRW |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO CONTINUE STATUS** |
| v. ) | **HEARING** |
| ) | |
| LEONARD GUIDRY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

   Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the status hearing in the above-captioned matter, presently set for April 24, 2009 at 11:00 a.m., be continued to Thursday, May 7, 2009, at 2:00 p.m. The reason for the continuance is defense counsel will be out of the office on the presently set date.

   All parties and the probation officer are available on the requested date.

//

//

//

STIPULATION TO CONTINUE
HEARING; *U.S. v. Leonard Guidry*
CR 03-022 VRW                              1

IT IS SO STIPULATED.

Dated: April 21, 2009

       /s/
RONALD C. TYLER
Assistant Federal Public Defender
Counsel for Leonard Guidry

Dated: April 21, 2009

       /s/
BENJAMIN TOLKOFF
Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the status hearing in the aforementioned matter currently set for April 24, 2009 shall be continued to Thursday, May 7, 2009, at 2:00 p.m.

**IT IS SO ORDERED**.

Dated: 4/22/2009

GRANTED
Judge Vaughn R Walker

HONORABLE VAUGHN R WALKER
CHIEF UNITED STATES DISTRICT COURT JUDGE

STIPULATION TO CONTINUE
HEARING; *U.S. v. Leonard Guidry*
CR 03-022 VRW      2