JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BENJAMIN P. TOLKOFF (NYB 4294443)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7296
    Facsimile:       (415) 436-7234
    Email:             Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 03-0022 VRW |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE EVIDENTIARY HEARING |
| v. | ) | |
| LEONARD GUIDRY, | ) | |
| Defendant. | ) | |

On May 7, 2009, the parties in this case appeared before the Court for a status conference on an alleged violation of supervised release.  At that time, the parties requested, and the Court agreed, to specially set this matter for an evidentiary hearing on July 6, 2009 at 9:00 am.  The parties, hereby stipulate that, subject to the Court's approval, the evidentiary hearing be

1  continued for a status hearing on July 15, 2009 at 10:00 am.

2       The reason for the continuance is that the parties anticipate this matter will be resolved
3  by way of agreement.

4  SO STIPULATED:

                          JOSEPH P. RUSSONIELLO
                          United States Attorney

8  DATED: June 29, 2009          /s/
                          BENJAMIN P. TOLKOFF
                          Assistant United States Attorney

11 DATED: June 29, 2009          /s/
                          RONALD C. TYLER
                          Attorney for LEONARD GUIDRY

13     GOOD CAUSE APPEARING, it is hereby ORDERED that the evidentiary hearing in the
14 captioned matter currently set for July 6, 2009, at 9:00 am, be continued for a status hearing on
15 July 15, 2009 at 10:00 am.

17 SO ORDERED.

19 DATED: June 30, 2009

IT IS SO ORDERED

HONORABLE Judge Vaughn R Walker
Chief United States District Judge

STIP. & [PROPOSED] ORDER TO CONTINUE EVIDENTIARY HEARING
US v. LEONARD GUIDRY; CR 03-0022 VRW                 2